RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

STEPHEN S. HO
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-8994
Fax: (202) 514-6866
Email: Stephen.S.Ho@usdoj.gov
*Attorney for the Internal Revenue Service*

William A. Cohan, Esq. (SBN: 141804)
Gabriel L. Cohan, Esq. (SBN: 259449)
WILLIAM A. COHAN, P.C.
P.O. Box 3448
Rancho Santa Fe, CA 92067
Tel: (858) 832-1632
Fax: (858) 832-1845
Email: bill@williamacohan.com
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL STANCO, JOSE M. LINARES, MARIA V. LINARES, HENRY M. STRODKA, AND BOZENA M. STRODKA<br><br>Plaintiffs,<br>v.<br><br>INTERNAL REVENUE SERVICE,<br><br>Defendant. | Case No. 2:18-cv-00873-TLN-CKD<br><br>**ORDER EXTENDING TIME TO RESPOND TO DEFENDANT'S MOTIONS AND CONTINUING HEARING**<br><br>Date:  June 28, 2018<br>Time:  2:00 p.m.<br>Room:  Courtroom 2, 15th Floor |

Good cause appearing, the parties' stipulation to extend by three weeks the deadline for Plaintiffs to respond to Defendant's Motion to Dismiss Counts 1–10 of the Complaint and Motion for Summary Judgment on Count 10, and to continue the hearing on those motions is GRANTED. Accordingly, it is hereby

ORDERED that the deadline for Plaintiffs to file their response to Defendant's Motion to Dismiss Counts 1–10 of the Complaint and Motion for Summary Judgment on Count 10 is EXTENDED to July 5, 2018; and it is also

ORDERED that the hearing on Defendant's motions is hereby CONTINUED to July 26, 2018.

SO ORDERED.

Dated: June 14, 2018

Troy L. Nunley
United States District Judge