UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL STANCO; JOSE M. LINARES; MARIA V. LINARES; HENRY M. STRODKA; AND BOZENA M. STRODKA,<br><br>    Plaintiffs,<br><br>    v.<br><br>INTERNAL REVENUE SERVICE,<br><br>    Defendant. | Case No. 2:18-cv-00873-TLN-CKD<br><br><br><br>ORDER GRANTING REQUEST TO SEAL |

The Court has considered Plaintiffs' Request to Seal Documents pursuant to Federal Rule of Civil Procedure 5.2 and Local Rule 141 (ECF No. 14), as well as the referenced documents produced.  Good cause appearing due to the confidential nature of William A. Cohan's declaration, the Court GRANTS Plaintiffs' Request.  The Court notes Plaintiffs have already filed a redacted version of the declaration at issue.  (*See* ECF No. 13.)  Therefore, the following document shall be SEALED:

(1) The Declaration of William A. Cohan (ECF No. 12-1) in its entirety (201 pages).

IT IS SO ORDERED.

DATED:  July 14, 2020

Troy L. Nunley
United States District Judge