William A. Cohan, Esq. (SBN: 141804)
Gabriel L. Cohan, Esq. (SBN: 259449)
WILLIAM A. COHAN, P.C.
P.O. Box 3448
Rancho Santa Fe, CA  92067
Tel: (858) 832-1632
Fax: (858)832-1845
Email: bill@williamacohan.com
Attorneys for Plaintiffs
PAUL STANCO, JOSE M. LINARES,
MARIA V. LINARES, HENRY M. STRODKA,
AND BOZENA M. STRODKA

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

STEPHEN S. HO
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 619-8994
Fax: (202) 514-6866
Email: Stephen.S.Ho@usdoj.gov
Attorney for Internal Revenue Service

**UNITED STATES DISTRICT COURT**

**EASTERN DISRICT OF CALIFORNIA**

| PAUL STANCO, JOSE M. LINARES, MARIA V. LINARES, HENRY M. STRODKA, AND BOZENA M. STRODKA,<br><br>                Plaintiffs,<br><br>vs.<br><br>INTERNAL REVENUE SERVICE,<br><br>                Defendant, | Case No.: 2:18-CV-00873-TLN-CKD<br><br><br>ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE THEIR FIRST AMENDED COMPALINT |
|---|---|

    Good cause appearing, the stipulation to extend by fourteen (14) days the deadline for Plaintiffs to file their First Amended Complaint is GRANTED.  Accordingly, it is

2:18-CV-00873-TLN-CKD
ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE THEIR FIRST AMENDED COMPALINT
1

ORDERED:

1. The deadline for Plaintiffs to file their First Amended Complaint is EXTENDED to September 28, 2020; and

2. Defendant's responsive pleading is due twenty-one (21) days from the filing of Plaintiff's First Amended Complaint.

SO ORDERED.

Dated: September 10, 2020

Troy L. Nunley
United States District Judge