RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

STEPHEN S. HO
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-8994
Fax: (202) 514-6866
Email: Stephen.S.Ho@usdoj.gov
*Attorney for the Internal Revenue Service*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL STANCO, JOSE M. LINARES, MARIA V. LINARES, HENRY M. STRODKA, AND BOZENA M. STRODKA<br><br>Plaintiffs,<br>v.<br><br>INTERNAL REVENUE SERVICE,<br><br>Defendant. | Case No. 2:18-cv-00873-TLN-CKD<br><br>**ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |

Good cause appearing, the parties' stipulation to extend by fourteen (14) days the deadline for Defendant to respond to Plaintiffs' First Amended Complaint is GRANTED. Accordingly, it is hereby

ORDERED that the deadline for Defendant to respond to Plaintiffs' First Amended Complaint is EXTENDED to November 2, 2020.

SO ORDERED.

Dated: October 15, 2020

_____
Troy L. Nunley
United States District Judge