# UNITED STATES DISTRICT COURT

# EASTERN DISRICT OF CALIFORNIA

| | |
|---|---|
| PAUL STANCO, JOSE M. LINARES, AND HENRY M. STRODKA, <br><br>  Plaintiffs, <br><br> vs. <br><br> INTERNAL REVENUE SERVICE, <br><br>  Defendant, | Case No.: 2:18-CV-00873-TLN-CKD <br><br><br> ORDER |

Good cause appearing for the parties' stipulation to allow Plaintiffs to file a Second Amended Complaint, and for good cause shown, it is hereby

ORDERED that Plaintiffs' motion to file the proposed Second Amended Complaint attached as Exhibit 1 to the motion is GRANTED.  Plaintiffs are hereby granted leave to file the proposed Second Amended Complaint no later than three business days from the entry of this order.

IT IS FURTHER ORDERED that Defendant's responsive pleading is due 14 days from the filing of Plaintiff's Second Amended Complaint.

IT IS SO ORDERED.

Dated: December 1, 2020

_____
Troy L. Nunley
United States District Judge